## AGNES-SUE ASSOCIATES ET AL. *v.*
### NICHOLAS L. CERINO
### (13038)

FOTI, LAVERY and SCHALLER, Js.

Argued December 7—decision released December 27, 1994

*Richard L. Albrecht,* for the appellants (plaintiffs).

*James G. Green, Jr.,* with whom was *Thomas J. Rechen,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.